**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DEMETRIUS CURTIS                                                                    PLAINTIFF

v.                                          5:14CV00090-KGB-JJV

GIBSON, Deputy Warden, Delta
Regional Unit; *et al*.                                                             DEFENDANTS

## ORDER

Defendants shall respond to Plaintiff's Motion for Summary Judgment within fifteen days

of the date of this Order.

IT IS SO ORDERED this 10th day of November, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1