IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKY JOE ST. JOHN**  **PLAINTIFF**

v.  Case No. 4:14-cv-00519-KGB/JJV

**GRAYSON, Jailer,**
**Van Buren County Detention Center**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 4-1). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved of and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff's complaint is dismissed without prejudice (Dkt. No. 2);

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE