**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICKY JOE ST. JOHN**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:14-cv-00519-KGB/JJV

**GRAYSON, Jailer,**
**Van Buren County Detention Center**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ADJUDGED this 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE